**No. 11-221. Don DiFiore, et al., Petitioners v. American Airlines, Inc.**

565 U.S. 1059, 132 S. Ct. 761, 181 L. Ed. 2d 483, 2011 U.S. LEXIS 8665.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 646 F.3d 81.